

FILED
JAN - 6 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

James Edward Cook Jr.    3611478
Western Regional Jail
1 O'hanlon Place
Barboursville, WV 25504

*(Enter above the full name of the plaintiff*    *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**      CIVIL ACTION NO. 3:20-cv-00011
                           *(Number to be assigned by Court)*

Bryan GreenWood
Acting Administrative -
Hearing Examiner
(Parole Services)

*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

**I.**   **Previous Lawsuits**

    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

          Yes _____     No ___✓___

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____
   _____
   _____

   Defendants: _____
   _____
   _____

2. Court (if federal court, name the district; if state court, name the county);

   _____
   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____
   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: __Western Regional Jail__

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓      No ____

    C. If you answer is YES:

        1. What steps did you take? __Contacted Attorney, Parole Officer And Adult Parole Services__

        2. What was the result? __No Result or Action Given__

    D. If your answer is NO, explain why not: ____

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: __James Edward Cook Jr. (3611478)__

        Address: __(WRJ) 1 O'hanlon Place, Barboursville, WV 25504__

    B. Additional Plaintiff(s) and Address(es): ____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: __Brian Greenwood (Hearing Examiner)__

is employed as: __Adult Parole Services__

at __1356 Hansford Street, Suite B Charleston, West Virginia 25301__

D. Additional defendants: ____

IV. **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On December 5th 2019 A hearing took place to determine Parole Revocation for James Edward Cook Jr #3611478. By facts proven and self admittance by Adult Parole Authority As well as the Whole hearing was recorded. All fact proved James Edward Cook Jr 3611478

IV. **Statement of Claim (continued):**

innocent. Brian Greenwood ignored and claimed probable cause with no evidence to validate guilt or actions given to revocate parole. All evidence proves complete innocence and there is zero evidence to prove guilt in any way. Full hearing is recorded to prove the facts of innocence.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Immediate withdrawel of probable cause, finding to the facts of innocents and immediate release from confinement. An apology and financial reimbursement of 25 thousand dollars for unjust incarceration and for unjust punishment and hardship caused by this.



V.   **Relief (continued)):**

_____
_____
_____
_____
_____
_____

VII.  **Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____    No __✓__

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: _State produced legal Council Raymond Nolan Attorney._

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____    No __✓__

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_____
#3611478

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____JANUARY 2nd 2020_____.
                (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7