IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

JAMES EDWARD COOK, JR.,

        Plaintiff,

v.                                CIVIL ACTION NO.  3:20-0011
                                 CIVIL ACTION NO.  3:20-0104

BRIAN GREENWOOD;
JEFF S. SANDY; and
THOMAS L. KIRK,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Defendants' motion for dismissal (ECF No. 16) be granted and this case dismissed and removed from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

      Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that Defendants' motion for dismissal (ECF No. 16) be **GRANTED** and this case **DISMISSED** and **REMOVED** from the docket of the Court, consistent with the findings and recommendations.

      The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                                ENTER:      June 5, 2020

                                                ROBERT C. CHAMBERS
                                                UNITED STATES DISTRICT JUDGE